3:02CV2052 LETTER

RICHARD BLUMENTHAL
ATTORNEY GENERAL



55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Office of The Attorney General
## State of Connecticut

October 10, 2003

**RECEIVED**

OCT 1 5 2003

United States District Court
District of Connecticut
FILED AT        BRIDGEPORT

10/16/03 ........20

Kevin F. Rowe, Clerk

By....................................
Deputy Clerk

Clerk of the Court
U.S. District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

Re: Kalman v. Carre, et al., CA No. 3:02-CV-2052 (JCH)

Dear Clerk of the Court:

Pursuant to Judge Hall's order in the above matter dated October 1, 2003 (attached), please find a copy of the defendants' May 21, 2003 draft 26(f) report, and a copy of the plaintiff's May 29, 2003 draft 26(f) report (see attached). The Court will note that the dates for discovery deadlines will expire on or about October 15, 2003, thus neither draft report will assist the parties in moving forward with the litigation. Accordingly, the defendants have drafted a revised 26(f) report, dated October 10, 2003 (also attached), which incorporates changes made by the plaintiff pursuant to his May 29th 2003 draft as well as changes made by the defendants regarding the timeframes for discovery. This draft is being mailed to the plaintiff today under separate cover for his review.

Respectfully submitted,

Peter L. Brown
Assistant Attorney General

PLB/dh
cc: Robert Kalman, pro se

Attachments

*Clerk is directed to docket this letter and attachment.*

So Ordered. Janet Gross

(CED) 10/16/03