UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT KALMAN : | |
|     Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3-02-cv-2052 (JCH) |
| : | |
| DR. ALEXANDER CARRE, ET AL : | DECEMBER 10, 2003 |
|     Defendants : | |

## SCHEDULING ORDER

The deadline for discovery in this case is now set at February 15, 2004. Any dispositive motions must be filed by March 15, 2004. Extensions are unlikely.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 10th day of December, 2003.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge