UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT KALMAN.<br>*Plaintiff* | : ~~PRISONER~~<br>: CIVIL ACTION NO. 3:02 CV2052<br>: (JCH) |
| v. | : |
| ALEXANDER CARRE, M.D.,<br>JAMES CASSIDY, J.D., PH.D.,<br>SEAN HART, PH.D., AND<br>SUSAN MCKINLEY, LCSW<br>*Defendants* | :<br>:<br>:<br>:<br>: January 20, 2004 |

FILED
2004 JAN 21 P 12: 39
US DISTRICT COURT
BRIDGEPORT CT

## APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for defendants Alexander Carre, M.D., James Cassidy, J.D., Ph.D., Sean Hart, Ph.D., and Susan McKinley, LCSW in their official and individual capacities, in the above-captioned case.

The appearance is being entered in addition to Richard J. Lynch and Peter L. Brown, Assistant Attorneys General, Federal Bar Nos. ct 05764 and 12132, respectively.

Dated at Hartford, Connecticut, this 20th day of January, 2004.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Kerry Anne Colson
Assistant Attorney General
Federal Bar No. CT 25241
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5020
Fax: (860) 808-5385
Kerry.Colson@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing *Appearance* was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 20th day of January, 2004 to:

Robert Kalman
Whiting Forensic Division
Connecticut Valley Hospital
70 O'Brien Drive
Middletown, CT 06457

Kerry Anne Colson
Assistant Attorney General