| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>ROBERT KALMAN | COURT CASE NUMBER<br>3:02 cv 2052 (JCH) |
|---|---|
| DEFENDANT<br>ALEXANDER CARRE' | ORDER OF FEDERAL MOT. FOR IFP;<br>DEADLINES, SUMMONS AND SERVICE |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ➤ | SEAN HART — OFFICE OF LEGAL SERVICES / WAIVER OF SERVICE OF SUMMONS |
|   | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | C.Y.H.-W.F.D. 70 O'BRIEN DRIVE, MIDDLETOWN, CONN. 06457-0070 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| ROBERT KALMAN<br>C.Y.H. — W.F.D.<br>P.O. BOX 70. O'BRIEN DRIVE<br>MIDDLETOWN, CONN. 06457-0070 | Number of process to be served with this Form - 285 | 4 |
|---|---|---|
| | Number of parties to be served in this case | 4 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

INDIVIDUAL CAPACITY

TIMES AVAILABLE FOR SERVICE IS MONDAY THRU FRIDAY 9AM-5PM
OFFICE TELEPHONE # 860-262-5453     0/5
AGENCY POLICE TEL: # 860-262-5400     24/7
TELE FAX: # 860-262-5477     24/7

| Signature of Attorney or other Originator requesting service on behalf of:<br>*[signature]* Kalman | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>860-346-9408 | DATE<br>1-22-03 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 14 | District to Serve<br>No. 14 | Signature of Authorized USMS Deputy or Clerk<br>*[signature]* | Date<br>2/11/03 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service | Time | am / pm |
| | Signature of U.S. Marshal or Deputy<br>*[signature]* | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

Mailed - 2/11/03
Returned 2/11/04 = Unexecuted = N.R.T.M.S.

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: ROBERT KALMAN | COURT CASE NUMBER: 3:02CV2052 (JCH) |
| DEFENDANT: ALEXANDER CARRE | TYPE OF PROCESS: Order on Plntf's Mot. For IFP., Deadlines, Summons and Complaint, Notice of Lawsuit, Waiver of Service of Summons |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ALEXANDER CARRE

**AT** ADDRESS: C.Y.H.-W.F.D. 70 O'BRIEN DRIVE MIDDLETOWN, CONN. 06457-0070

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ROBERT KALMAN
C.Y.H.-W.F.D.
P.O. BOX 70, O'BRIEN DRIVE
MIDDLETOWN, CONN. 06457-0070

Number of process to be served with this Form - 285: **4**
Number of parties to be served in this case: **4**
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

INDIVIDUAL CAPACITY
TIMES AVAILABLE FOR SERVICE IS MONDAY THRU FRIDAY 9AM - 4PM
AGENCY POLICE TEL: # 860 262 5400   24/7
OFFICE TELEPHON # 860 262 5494   9/5
W.F.D. - TELEFAX # 860 262 5477   24/7

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 860 346-9408
DATE: 1-22-03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1 | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk: G.I.W. | Date: 2/10/03

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: | Time:   am / pm

Signature of U.S. Marshal or Deputy: G.I.W.

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
Mailed - 2/10/03
Returned 2/11/04 -- Unexecuted = N.R.T.S.N.

Case 3:02-cv-02052-JCH   Document 34   Filed 02/23/2004   Page 4 of 6

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF ROBERT KALMAN | COURT CASE NUMBER 3:02 cv02052 (JCH) |
|---|---|
| DEFENDANT ALEXANDER CARRE' | TYPE OF PROCESS Mot. For IFP, Summons and Complaint, Order to Place to Condemn, Notice of Lawsuit, Request Waiver of Service |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JAMES CASSIDY

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT C.Y.H. - W.F.D. 70 O'BRIEN DRIVE, MIDDLETOWN, CONN. 06457-0070

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ROBERT KALMAN
C.Y.H. - W.F.D.
P.O. BOX 70. O'BRIEN DRIVE
MIDDLETOWN, CONN. 06457-0070

| Number of process to be served with this Form - 285 | 4 |
|---|---|
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

INDIVIDUAL CAPACITY
Times available for service is Monday thru Friday 9am - 5pm
Office Telephone # 860-262-5458 or 262-5499
Agency Police # 860-262-5500
Telefax # 860-262-5477

Signature of Attorney or other Originator requesting service on behalf of:  ☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER 860-346-9408   DATE 1-22-03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk  Q.I.W. | Date 2/11/03 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service   Time   am / pm

Signature of U.S. Marshal or Deputy  Q.I.W.

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
Mailed - 2/10/03
Returned 2/11/04 -- Unexecuted. - N.R.T.M.S.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: ROBERT KALMAN | COURT CASE NUMBER: 3:02cv02052 (JCH) |
| DEFENDANT: ALEXANDER CARRE' | [handwritten notes: Deadlines / MOT. FOR IFP. / Summons and Complaint / Waiver of Service / Order on Pretrial Deadline(s)] |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Mrs. Susan McKinley

**AT** ADDRESS: C.Y.H.-Battle Hall, 351 Silver Street, Middletown, Conn. 06457

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Robert Kalman
C.Y.H. - W.F.D.
P.O. Box 70, O'Brien Drive
Middletown, Conn. 06457-0070

- Number of process to be served with this Form - 285: 4
- Number of parties to be served in this case: 4
- Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

INDIVIDUAL CAPACITY
TIMES AVAILABLE FOR SERVICE IS MONDAY THRU FRIDAY 9am-5pm
TELEPHONE # 860-5649 AT BATTLE HALL OF C.Y.H.
262

Signature of Attorney or other Originator requesting service on behalf of: [signature] Robt Kalman — ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 860 346 9508
DATE: 1-22-03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk: G.J.W. | Date: 2/11/03 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 
Time: am / pm

Signature of U.S. Marshal or Deputy: G.J.W.

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
Mailed - 2/10/03
Returned 2/11/04 - Unexecuted - N.R.T.M.S

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)