**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ROBERT KALMAN, Pro Se | : | CIVIL ACTION NO. 3:02 CV 02052  (JCH) |
|    *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| ALEXANDER CARRE, M.D, | : | |
| JAMES CASSIDY, Ph.D, SEAN HART, | : | |
| Psy.D., SUSAN MCKINLEY, LCSW | : | |
|    *Defendants* | : | MARCH  15, 2004 |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME NON PRO TUNC

The Defendants respectfully request a one day extension of time to file the defendants' Motion for Summary Judgment.  Said Motion is due today, March 15, 2004. Counsel for the defendants requires the additional day to complete its Memorandum of Law in this matter. The plaintiff, who is pro se in this matter, consents to the granting of this matter.

This is the defendants first motion for extension of time regarding this matter.

                                           DEFENDANTS

                                           RICHARD BLUMENTHAL
                                           ATTORNEY GENERAL

BY:   /s/_____
         Peter L. Brown
         Assistant Attorney General
         Federal Bar No. ct. 12132
         55 Elm Street
         Hartford, CT 06141-0120
         Tel.: (860)  808-5210
         Fax:  (860) 808-5385
         Peter.Brown@po.state.ct.us

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

**CERTIFICATION**

I hereby certify that a copy of the foregoing Motion for Enlargement of Time mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 15th day of March, 2004, first class postage prepaid to:

Robert Kalman
Whiting Forensic Institute
70 O'Brien Drive
Middletown, CT 06457

/s/_____
Peter L. Brown
Assistant Attorney General
Federal Bar No. 12132