UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT KALMAN ) | |
|     *Plaintiff* ) | CIVIL ACTION NO. |
| ) | 3:02cv2052 (JCH) |
| v. ) | |
| ) | |
| ALEXANDER CARRE, M.D. ) | |
| JAMES J. CASSIDY, J.D., PH.D. ) | |
| SEAN HART, PH.D. ) | |
| SUSAN MCKINLEY, LCSW ) | |
|     *Defendants* ) | MARCH 16, 2004 |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 9, the Defendants, Alexandre Carre, M.D., James J. Cassidy, JD, Ph.D., Sean Hart, Psy.D., and Susan McKinley,, LCSW, respectfully move for summary judgment in this matter. A Memorandum of Law and a Local Rule 9(c)(1) Statement of Material Facts as to Which There Is No Genuine Issue are submitted herewith.

                      DEFENDANTS

BY:   RICHARD BLUMENTHAL
        ATTORNEY GENERAL

        Richard J. Lynch
        Assistant Attorney General

/s/_____
Peter L. Brown
Assistant Attorney General
Federal Bar No. Ct12132
Office of the Attorney General
P.O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5210
Fax: (860) 808-5385

# **CERTIFICATION**

I hereby certify that pursuant to § 5(b) of the Federal Rules of Civil Procedure a copy of the foregoing Defendants' Motion for Summary Judgment was mailed, postage prepaid, this 16th day of March, 2004, to:

Robert Kalman, Pro Se
Whiting Forensic Institute
P.O. Box 70
O'Brien Drive
Middletown, CT  06457-0070

/s/_____
Peter L. Brown
Assistant Attorney General