UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT KALMAN, PRO SE | : | CIVIL ACTION |
|    *Plaintiff* | : | NO. 3:02CV02052 (JCH) |
| v. | : | |
| | : | |
| DR. ALEXANDER CARRE, M.D., | : | |
| DR. JAMES CASSIDY, Ph.D. | : | |
| DR. SEAN HART, Psy.D., | : | |
| MRS. SUSAN MCKINLEY, LCSW | : | MARCH 16, 2004 |
|    *Defendants* | : | |

## MOTION TO SEAL

Pursuant to Rule 5(d), D. Conn. L. Civ. R., the Defendants move to seal documents which contain the plaintiff's psychiatric records and discuss the plaintiff's course of hospitalization at issue in this case.

These documents are: Defendants' <u>Memorandum of Law in Support of Motion for Summary Judgment</u>; Reports to the Court and to the Psychiatric Security Review Board (Defendants' Exhibit B, Defendants' Exhibit D, Defendants' Exhibit F, Defendants' Exhibit G); and Affidavits (Defendants' Exhibit P, Defendants' Exhibit Q, Defendants' Exhibit R, Defendants' Exhibit S).

Psychiatric treatment records and their contents are confidential pursuant to Conn. Gen. Stat. § 52-146d *et seq*.

Although if this case goes to trial, these records will have to be used openly, it is unnecessary for purposes of deciding the motion for summary judgment to disclose the records or the information contained in said records.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Respectfully submitted,

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Richard J. Lynch
Assistant Attorney General

BY: _____
Peter L. Brown
Assistant Attorney General
Federal Bar No. ct 12132
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
E-mail:  Peter.Brown@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing **Motion To Seal** was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 16th day of March, 2004, first class postage prepaid to:

Robert Kalman, Pro Se
P.O. Box 70, O'Brien Drive
Middletown, CT  06457-3954

_____
Peter L. Brown
Assistant Attorney General
Federal Bar No. ct12132