#30

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| ROBERT KALMAN, Pro Se<br>*Plaintiff* | CIVIL ACTION NO. 3:02 CV2040 MAR (JCH)P 3: 15 |
| v. | U.S. DISTRICT COURT<br>BRIDGEPORT, CONN |
| ALEXANDER CARRE, M.D,<br>JAMES CASSIDY, Ph.D, SEAN HART,<br>Psy.D., SUSAN MCKINLEY, LCSW<br>*Defendants* | MARCH 15, 2004 |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME NON PRO TUNC**

The Defendants respectfully request a one day extension of time to file the defendants' Motion for Summary Judgment. Said Motion is due today, March 15, 2004. Counsel for the defendants requires the additional day to complete its Memorandum of Law in this matter. The plaintiff, who is pro se in this matter, consents to the granting of this matter.

This is the defendants first motion for extension of time regarding this matter.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: Peter L. Brown
Peter L. Brown
Assistant Attorney General
Federal Bar No. ct. 12132
55 Elm Street
Hartford, CT 06141-0120
Tel.: (860) 808-5210
Fax: (860) 808-5385
Peter.Brown@po.state.ct.us

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

GRANTED: Absent Objection
SO ORDERED. Janet C. Hall, U.S.D.J. 3/23/04