UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 APR -1  A 11: 38
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| **ROBERT KALMAN,** *Pro Se, Plaintiff,* | |
| V. | Civil Action No. 3: 02cv 02052 (JCH) |
| **ALEXANDER CARRE, et al.,** *Defendants,* | March 29, 2004 |

### MOTION FOR EXTENSION OF TIME TO RESPOND

The plaintiff Robert Kalman respectfully requests this Honorable Court for a thirty- (30) day extension of time within which to respond to defendant's summary judgement dated March 16, 2004.

Plaintiff is an acquittee confined at Whiting Forensic Institute of Connecticut Valley Hospital and therefore he did not contact the defendants as to their position. The plaintiff moves pro se in this matter and he reacquires the additional time to prepare the memorandum of law.

This is the plaintiffs' first motion for extension of time.

RESPECTFULLY SUBMITTED,

PLAINTIFF

Robert Kalman
P.O. Box 70 O'Brien Drive
Middletown, CT 06457

1

## CERTIFICATION

I hereby certify that a copy of the forgoing MOTION FOR EXTENSION OF TIME, was mailed in accordance with Rule 5 (b) of the Federal Rules of Civil Procedure on this 29th, day of March 2004 to:


Peter L. Brown
Assistant Attorney General

Kerry Anne Colson
Assistant Attorney General

55 Elm Street, P. O. Box 120
Hartford, CT 06141 – 0120


Robert Kalman
Whiting Forensic Institute