#40

02CV2052 MOTEXT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR -1 A 11: 38
U.S. DISTRICT COURT
BRIDGEPORT, CONN

ROBERT KALMAN,
   Pro Se, Plaintiff,
V.

ALEXANDER CARRE, et al.,
   Defendants,

Civil Action No. 3: 02cv 02052 (JCH)

March 29, 2004

## MOTION FOR EXTENSION OF TIME TO RESPOND

The plaintiff Robert Kalman respectfully requests this Honorable Court for a thirty- (30) day extension of time within which to respond to defendant's summary judgement dated March 16, 2004.

Plaintiff is an acquittee confined at Whiting Forensic Institute of Connecticut Valley Hospital and therefore he did not contact the defendants as to their position. The plaintiff moves pro se in this matter and he reacquires the additional time to prepare the memorandum of law.

This is the plaintiffs' first motion for extension of time.

RESPECTFULLY SUBMITTED,

PLAINTIFF

Robert Kalman
P.O. Box 70 O'Brien Drive
Middletown, CT 06457

MOTION GRANTED.
SO ORDERED.
4/6/04
[signature] U.S.D.J.

FILED 2004 APR -6 P 4:09
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

1