#38

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAR 16  P 3: 49

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| ROBERT KALMAN, PRO SE<br>*Plaintiff*<br>v.<br><br>DR. ALEXANDER CARRE, M.D.,<br>DR. JAMES CASSIDY, Ph.D.<br>DR. SEAN HART, Psy.D.,<br>MRS. SUSAN MCKINLEY, LCSW<br>*Defendants* | : CIVIL ACTION<br>: NO. 3:02CV02052 (JCH)<br>:<br>:<br>:<br>:<br>:<br>: MARCH 16, 2004<br>: |

## MOTION TO SEAL

Pursuant to Rule 5(d), D. Conn. L. Civ. R., the Defendants move to seal documents which contain the plaintiff's psychiatric records and discuss the plaintiff's course of hospitalization at issue in this case.

These documents are: Defendants' <u>Memorandum of Law in Support of Motion for Summary Judgment</u>; Reports to the Court and to the Psychiatric Security Review Board (Defendants' Exhibit B, Defendants' Exhibit D, Defendants' Exhibit F, Defendants' Exhibit G); and Affidavits (Defendants' Exhibit P, Defendants' Exhibit Q, Defendants' Exhibit R, Defendants' Exhibit S).

Psychiatric treatment records and their contents are confidential pursuant to Conn. Gen. Stat. §52-146d *et seq*.

Although if this case goes to trial, these records will have to be used openly, it is unnecessary for purposes of deciding the motion for summary judgment to disclose the records or the information contained in said records.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

MOTION GRANTED
SO ORDERED
FILED 4/27/04
2004 APR 28 A 11:35
U.S. DISTRICT COURT
BRIDGEPORT CONN