UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 AUG 17 P 3: 54

U.S. DISTRICT COURT
BRIDGEPORT, CT

ROBERT KALMAN
    Plaintiff,

CIVIL ACTION NO. 3:02-CV-02052 (JCH)

v.

ALEXANDER CARRE, ET AL.,
    Defendants,

August 17, 2004

## DECLARATION OF MARK BRECCIAROLI

Mark Brecciaroli declares under penalty of perjury:

1. I make this declaration to certify that on this 17 th day of August 2004, in the town of Middletown, Connecticut and at Dutcher Hall of Connecticut Valley Hospital, I took possession the below listed documents from Robert Kalman, pro se plaintiff in the above captioned civil matter now pending Before The Honorable Court.

2. I declare under penalty of perjury that on this 17 th day of August 2004, all the below listed documents were Manually Filed in the United States District Court for the District of Connecticut; Office of the Clerk, 915 Lafayette Boulevard, Bridgeport, Connecticut.

3. The pro se, plaintiff Robert Kalman is confined at Whiting Forensic Institute, Dutcher Hall of Connecticut Valley Hospital, 351 Silver Street, Middletown, Connecticut.

1

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT.
### Dated 8 - 17 - 2004

1) Plaintiffs's Exhibit A., Hearing Transcript 12/17/02., Testimony by Dr. Alexander Carre, M.D.
2) Plaintiff's Exhibit B., Hearing Transcript 01/10/03., Testimony by Dr. Alexander Carre, M.D.
3) Plaintiff's Exhibit C., Hearing Transcript 12/16/02., Testimony by Dr. Keith Scott, M.D.
4) Plaintiff's Exhibit D., Connecticut Valley Hospital Progress Note by Dr. Carre, M. D.
5). Plaintiff's Exhibit E., Hearing Transcript 05/07/04., Testimony by Dr. Dean Leone, Ph.D.

## AFFIDAVIT OF ROBERT KALMAN.
### Dated: August 16, 2004

| | |
|---|---|
| Affidavit Exhibit 1. | Discharge Summary & Risk Assessment By Dr. Paul Ambel |
| Affidavit Exhibit 2. | Harbor Health Services Inc. By Claudette Blain Hauck, LCSW |
| Affidavit Exhibit 3. | Department Of Health and Human Services Investigative Report. |
| Affidavit Exhibit 4. | Investigative Report; Office of Protection and Advocacy. |
| Affidavit Exhibit 5. | Report by Dr. Peter Zeman, M.D. pursuant Sec., 17a-582, Conn. Gen. Hearing Transcript, 9/26/02. Testimony by Dr. Pater Zeman, M.D. Hearing Transcript, 12/17/02, Testimony by Dr. Zeman, M.D. |
| Affidavit Exhibit 6. | DMHAS-Statement dated 02/25/03., by Janet Shepard |
| Affidavit Exhibit 7. | Investigative Report Findings, Department Of Public Health, 05/07/03 |
| Affidavit Exhibit 8. | Investigative Findings DMHAS., by Will Brady Human Rights Officer |

Pursuant to 28 U.S.C. Sec., 1746, I declare under penalty of perjury that the forgoing is true and correct.

*[signature]*

Mark Brecciaroli
August 17, 2004

2

## CERTIFICATION OF THE SERVICE

I, Robert Kalman hereby certify that a true copy of the forgoing Declaration was duly served by U.S. Mail in accordance with Rule 5(b) of the Federal Rules of Civil Procedure postage prepaid on this 17th, day of August 2004:

Peter L. Brown, Assistant Attorney General
Kerry A. Colson, Assistant Attorney General
P.O. Box 120
55 elm Street
Hartford, CT 06457

August 17th, 2004

Robert Kalman
P.O. Box 351
Middletown, CT 06457
860 346 9993