UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

ROBERT KALMAN
     Plaintiff,

2004 AUG 17 P 3: 54

CIVIL ACTION NO. 3:02-CV-02052 (JCH)
U.S. DISTRICT COURT
BRIDGEPORT, CONN

v.

ALEXANDER CARRE, ET AL.,
     Defendants,

August 17, 2004

### NOTICE OF MANUAL FILING

Please take notice that pro se plaintiff Robert Kalman has manually filed the following documents:

MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT. Dated 8 - 17 - 2004

1) Plaintiffs's Exhibit A., Hearing Transcript 12/17/02., Testimony by Dr. Alexander Carre, M.D.

2) Plaintiff's Exhibit B., Hearing Transcript 01/10/03., Testimony by Dr. Alexander Carre, M.D.

3) Plaintiff's Exhibit C., Hearing Transcript 12/16/02., Testimony by Dr. Keith Scott, M.D.

4) Plaintiff's Exhibit D., Connecticut Valley Hospital Progress Note by Dr. Carre, M. D.

5). Plaintiff's Exhibit E., Hearing Transcript 05/07/04., Testimony by Dr. Dean Leone, Ph.D.


AFFIDAVIT OF ROBERT KALMAN.  Dated: August 16, 2004

Affidavit Exhibit 1.    Discharge Summary & Risk Assessment By Dr. Paul Ambel

Affidavit Exhibit 2.    Harbor Health Services Inc. By Claudette Blain Hauck, LCSW

Affidavit Exhibit 3.    Department Of Health and Human Services Investigative Report.

1

| | |
|---|---|
| Affidavit Exhibit 4. | Investigative Report; Office of Protection and Advocacy. |
| Affidavit Exhibit 5. | Report by Dr. Peter Zeman, M.D. pursuant Sec., 17a-582, Conn. Gen. Stat. |
| | Hearing Transcript, 9/26/02. Testimony by Dr. Pater Zeman, M.D. |
| | Hearing Transcript, 12/17/02, Testimony by Dr. Zeman, M.D. |
| Affidavit Exhibit 6. | DMHAS-Statement dated 02/25/03., by Janet Shepard |
| Affidavit Exhibit 7. | Investigative Report Findings, Department Of Public Health, 05/07/03 |
| Affidavit Exhibit 8. | Investigative Findings DMHAS., by Will Brady Human Rights Officer |

The above cited documents and Exhibits have been filed in the U.S. District Court for the District of Connecticut delivered in person by an agent for the plaintiff. Plaintiff is confined at Dutcher Hall, within the Whiting Forensic Division of Connecticut valley Hospital.

The documents and all exhibits have been served by U.S. Mail in accordance with Rule 5(b) of the federal Rules of Civil Procedure, postage prepaid on this 17th, day of August 2004 to:

Peter L. Brown, Assistant Attorney General

Kerry A. Colson, Assistant Attorney general

P. O. Box 120
55 Elm Street
Hartford, Connecticut 06141 - 120

Respectfully, submitted,

The Plaintiff

*[signature]*

Robert Kalman
P.O. Box 351
Middletown, CT 06457