UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT KALMAN                                   CIVIL ACTION NO. 3:02-CV-02052 (JCH)
      *Plaintiff*,
v.

ALEXANDER CARRE, ET AL.,                     August 23, 2004
      Defendants,

### PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Pursuant to Sec., 28 U.S.C. Sec., 2241(c)(5), the pro se plaintiff Robert Kalman respectfully request that this Honorable Court issue a writ of habeas corpus ad testificandum requiring Chief Executive Officer, Garrell S. Mullaney to bring the plaintiff before the Honorable Court for a hearing scheduled to commence on _____ ___, 2004.   In support of his Petition, the plaintiff submits the accompanying Declaration and additionally asserts the following facts:

1. On August 17th, 2004, the plaintiff moved in opposition to defendant Alexander Carre, James Cassidy, Sean Hart and Susan Mc Kinley's motion for summary judgment. The plaintiff is requesting oral argument as well as evidentiary hearing in support of his argument presented in his Memorandum of Law as there are genuine issues of material fact that preclude summary judgement for the defendants. The case depends in large part on evidence from plaintiffs medical records as well as plaintiffs testimony.

2. First named defendant Alexander Carre, M.D., failed to adequately and properly respond to plaintiff's interrogatories and directs plaintiff to "see the plaintiff's medical records." The plaintiff's medical records provide that defendants fictitiously recommended plaintiff's

1

detention under conditions of maximum security. The plaintiff is proceeding pro se in this matter and should therefore be produced to manage the presentation of his case, in support of the Memorandum of Law in Opposition, to present medical records for evidence, and to hear the defendants case and present appropriate rebuttal evidence.

3. Plaintiff respectfully requests that the defendants bear the costs of the implementation of the terms of this writ.

RESPECTFULLY SUBMITTED,

DATED: 08/23/04

THE PLAINTIFF
ROBERT KALMAN

Robert Kalman
P.O. Box 351, Silver Street
Middletown, Connecticut 06457

## CERTIFICATION OF THE SERVICE

I, Robert Kalman hereby certify that a true and attested copy of the forgoing PETITION FOR WRIT OF HABEAS, was served by First Class U.S. Mail, postage prepaid, in accordance with Rule 5(b) of the federal Rules of Civil Procedure on this 23rd, day of August 2004:

Peter L. Brown
Assistant Attorney General

Kerry A. Colson
Assistant Attorney General

P.O. Box 120
55 Elm Street
Hartford, Connecticut, 06141 - 120

August 23rd, 2004

Robert Kalman