UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT KALMAN
    *Plaintiff,*
v.

CIVIL ACTION No. 3:02-CV-02052 (JCH)

ALEXANDER CARRE, ET AL.,
    *Defendants,*

August 23, 2004

## MOTION TO REMOVE SHACKLES DURING HEARING

Pursuant to the Fourteenth Amendment to the United State Constitution, Article I, Sections 7, 8, and 9, of the Connecticut Constitution, the holding of this Honorable Court in William Roe, et al., vs. Michael Hogan, et al., Civil No. H 89 - 570 (PCD), the holding of the Connecticut Supreme Court in State vs. Williams, 195 Conn. 1 (1985), the plaintiff Robert Kalman, moves the Honorable Court to remove his leg shackles as it is grossly prejudicial and as such is a fundamental violation of his Constitutional right to due process, as well as violates his rights as plaintiff in William Roe, et al., vs. Michael Hogan, et al., supra. The Court held at page 12, paragraph 21:

> [N]o patient being transported to another building or to any appointment on or off grounds shall be placed in security shackles *or otherwise mechanically restrained* expect upon the written order of the Assistant Superintendent for Clinical Services or his clinical designee based upon good cause that there is a reasonable probability that the patient will be **a clear danger** to himself/herself or others or **expect** in an **emergency when there is clear danger to the patient or others.**

In State vs. Williams, supra, 195 Conn. At 1, the Connecticut Supreme Court has held that a defendant has the right to appear in Court free from physical restraint.

Accordingly, the plaintiff requests the Court remove his shackles as they are prejudicial in that they are evidence of incarceration and of dangerousness.

1

WHEREFORE, the plaintiff requests this Honorable Court to order the shackles removed from the plaintiff during the hearing.

RESPECTFULLY SUBMITTED,

DATED: 08/23/04

THE PLAINTIFF
ROBERT KALMAN

_____
ROBERT KALMAN
P.O. BOX 351
MIDDLETOWN, CONNECTICUT 06457
(860) 346 9993

CERTIFICATION OF THE SERVICE

I, Robert Kalman hereby certify that a true and attested copy of the forgoing Motion, was served by First Class U.S. Mail, postage prepaid, in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 23 rd , day of August 2004:

Peter L. Brown
Assistant Attorney General

Kerry A. Colson
Assistant Attorney General

P.O. Box 120
55 Elm Street
Middletown, Connecticut, 06141 - 120

_____
Robert Kalman

2