UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ROBERT KALMAN

V                                                                3:02cv2052JCH

DR. ALEXANDER CARRE, DR.
JAMES CASSIDY, DR. SEAN HART,
MRS. SUSAN MCKINLEY

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of the defendants' motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on January 14, 2005, issued a Ruling on Defendants' Motion for Summary Judgment, granting the motion.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 20th day of January, 2005.

KEVIN F. ROWE, Clerk

By   /s/Catherine Boroskey
           Deputy Clerk

Entered on Docket _____